**Jeffrey REUTER Plaintiff-Appellant**

v.

**John N. BORBONUS; St. Louis County, Missouri; State of Missouri Defendants-Appellees**

No. 17-2108

United States Court of Appeals, Eighth Circuit.

Submitted: January 22, 2018

Filed: January 25, 2018

Jeffrey Reuter, Pro Se

Denise Garrison McElvein, Assistant Attorney General, Attorney General's Office, Saint Louis, MO, for Defendants-Appellees John N. Borbonus, State of Missouri

Michael Edward Hughes, Saint Louis, MO, Lacey McCauley Smith, St. Louis County Counselor's Office, Saint Louis, MO, for Defendant-Appellee St. Louis County, Missouri

Before BENTON, MURPHY, and ERICKSON, Circuit Judges.

PER CURIAM.

Jeffrey Reuter appeals following the dis-

trict court's[1] dismissal of his pro se 42 U.S.C. § 1983 complaint, in which he named as defendants a state court judge, St. Louis County, Missouri, and the State of Missouri.

Upon careful review, we conclude that the dismissal was proper, as Judge Borbonus and the State were immune from suit, and the complaint did not identify an unconstitutional County custom or policy. See Mireles v. Waco, 502 U.S. 9, 11-12, 112 S.Ct. 286, 116 L.Ed.2d 9 (1991) (per curiam) (discussing absolute judicial immunity); Monroe v. Ark. State Univ., 495 F.3d 591, 594 (8th Cir. 2007) (Eleventh Amendment bars suits for any kind of relief against states); see also Monell v. Dep't of Soc. Servs., 436 U.S. 658, 694, 98 S.Ct. 2018, 56 L.Ed.2d 611 (1978) (municipal liability under § 1983 requires constitutional violation committed pursuant to official government custom or policy). We find the district court also properly denied Reuter's motion to amend the complaint, and did not abuse its discretion in denying his motions for relief under Federal Rule of Civil Procedure 59. See Geier v. Mo. Ethics Comm'n, 715 F.3d 674, 678 (8th Cir. 2013) (district court may deny leave to amend complaint if amendment would be futile); United States v. Metro. St. Louis Sewer Dist., 440 F.3d 930, 933 (8th Cir. 2006) (standard of review for denial of Rule 59(e) motions).

Accordingly, we affirm the judgment. See 8th Cir. R. 47B.

---

1. The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri.